UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK C. CHRISTENSON,

                Plaintiff,

-against-

SPECTRUM TELECOMMUNICATIONS,

                Defendant.

20-CV-4822 (CM)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

COLLEEN McMAHON, Chief United States District Judge:

On June 20, 2018, Plaintiff was barred from filing any new action *in forma pauperis* (IFP) without first receiving the Court's permission to file. *See Christenson v. Roe*, ECF 1:18-CV-3319, 3 (S.D.N.Y. June 20, 2018). Plaintiff files this new action *pro se*, without prepaying the filing fees. Because Plaintiff has not requested or received permission from the Court to file this action, it is dismissed without prejudice for Plaintiff's failure to comply with the June 20, 2018 order.

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: July 2, 2020
       New York, New York

                                            COLLEEN McMAHON
                                   Chief United States District Judge