UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK C. CHRISTENSON,<br><br>        Plaintiff,<br><br>  -against-<br><br>SPECTRUM TELECOMMUNICATIONS,<br><br>        Defendant. | 20-CV-4822 (CM)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued June 26, 2020, dismissing the complaint,

  IT IS ORDERED, ADJUDGED, AND DECREED that under the June 20, 2018 order in *Christenson v. Roe*, ECF 1:18-CV-3319, 3 (S.D.N.Y. June 20, 2018), the complaint is dismissed without prejudice.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: July 2, 2020
     New York, New York

                   _____
                     COLLEEN McMAHON
                  Chief United States District Judge